CAUSE NO. 14-07314-367



| | | |
|---|---|---|
| IN RE: ORDER FOR FORECLOSURE | § | |
| CONCERNING: | § | |
| Rosanna Silverio | § | |
| | § | |
| and | § | |
| | § | |
| 8199 Robertson Drive, Frisco, Texas 75034 | § | |
| | § | |
| Under Tex. R. Civ. Proc. 736 | § | 367th JUDICIAL DISTRICT |

**AMENDED**

FINAL JUDGMENT

On this day came on to be considered the above-entitled and numbered cause in which Traditional Heritage Village Homeowners Association, Inc. is the Plaintiff and Rosanna Silverio and Alvin Green are the Defendants. All parties, appearing herein, and through their attorneys of record

Pursuant to Rule 736.8 of the Texas Rules of Civil Procedure:

1. The material facts that establish the basis for foreclosure are that a debt exists that is secured by a Lien created under the Declaration of Covenants, Conditions and Restrictions for Traditional Heritage Village Homeowners Association, Inc. and evidenced by the filing of a Lien by Plaintiff against Defendants' property in the Real Property Records of Denton County, Texas. The Declaration of Traditional Heritage Village allows for foreclosure of the lien for unpaid assessments, interest, late fees and attorney's fees. The Property owned by Defendants is located at 8199 Robertson Drive, Frisco, Texas 75034 and is located in Traditional Heritage Village and is subject to said lien. Defendants have **FAILED** to pay assessments, interest, late fees and attorney's fees related to the property.

2. Defendants are the record title holders to the real property, with all improvements thereon, located at 8199 Robertson Drive, Frisco, Texas 75034, and are thus members of Traditional Heritage Village Homeowners Association, Inc. Said property is more particularly described as follows:

Lot 18, Block I, of Heritage Village, Phase I, an addition to the City of Frisco, Denton County, Texas, according to the Plat thereof recorded in Cabinet U, Page 35 and 36, of the Plat Records of Denton County, Texas;

Also known as:

8199 Robertson Drive, Frisco, Texas 75034.

---

3. The name and last known address of each Respondent subject to the order is:

Rosanna Silverio
8199 Robertson Drive
Frisco, Texas 75034

Alvin Green
8199 Robertson Drive
Frisco, Texas 75034

Occupant(s)
8199 Robertson Drive
Frisco, Texas 75034

4. The recording and indexing information for the lien against Defendant's property is as follows:

- Notice of Lien filed by Traditional Heritage Village against Rosanna Silverio. Filed in the Denton County Deed Records on August 1, 2014 at Instrument Number 2014-76437.

IT IS THEREFORE ORDERED that Plaintiff, Traditional Heritage Village Homeowners Association, Inc., is authorized to proceed with foreclosure of the Plaintiff's Lien under the Declaration of Covenants, Conditions, and Restrictions for Traditional Heritage Village Homeowners Association, Inc. pursuant to Section 209.0092 of the Texas Property Code. The total amount owing under the lien is $ 3,990. ⁸⁸

5. Should Respondent Rosanna Silverio, her husband or any other occupant file bankruptcy, this judgment allows the Plaintiff's to proceed to foreclosure on their lien In Rem against the Property located at 8199 Robertson Drive, Frisco, Texas 75034.

6. Plaintiff is further awarded the following:

a. _7500.⁰⁰_ dollars as attorney's fees; ~~In addition, Plaintiff is awarded five thousand ($5,000.00) as attorney's fees if the Defendant unsuccessfully appeals this judgment to the Court of Appeals and an additional five thousand dollars ($5,000.00) if the Defendant unsuccessfully appeals to The Supreme Court of Texas.~~

b. Interest at the rate of 5.⁰⁰% per year on the total judgment from the date of the judgment until the judgment is paid in full.

c. ~~Reasonable and necessary attorney's fees to be awarded to the Plaintiff for necessary post judgment collection efforts.~~

d. A Declaration establishing Plaintiff's Lien securing Defendants' obligations to Plaintiff and ordering foreclosure of the lien and sale of the Property by duly appointed Trustee and/or Attorney of the Association and the proceeds applied towards satisfaction of the judgment amount;

e. ~~That if the Property cannot be found or if the proceeds of the sale are insufficient to satisfy the judgment, the Plaintiff seek to have a constable or sheriff take the money or any unpaid balance out of any other property of the Defendant, as in the case of ordinary executions;~~

f. That Plaintiff have judgment and execution against Defendant for any deficiency which may remain after applying all proceeds of the sale of the Property applicable to the satisfaction of judgment;

g. That Plaintiff or any other party to this action may become the purchaser at said sale;

h. That the person or persons designated by the Court to conduct a sale execute a deed or deeds to the purchaser or purchasers according to the law;

i. That Plaintiff shall have all writs of execution and other process issued necessary to enforce this judgment;

j. For all Costs of Court in this behalf expended.

IT IS ORDERED that the Parties shall have all writs of execution and other process necessary to enforce this judgment.

Signed this _1st_ day of ~~March~~ _May_, 2015

_Margaret E. Barnes_
JUDGE PRESIDING

All other relief requested by Defendants in their Application for Temporary Restraining Order and Temporary Injunction Against Plaintiff Traditional Heritage Village Homeowners Association, Inc. filed on April 29th 2015 is DENIED.